UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

JUDGE BATTS

MOBIL CERRO NEGRO, LTD.   )
  )   07 CV 11590
  )   Civil Action No. _____
        Plaintiff,   )
  )
  )   **ORDER**
v.   )   **TO FILE**
  )   **DOCUMENTS**
PDVSA CERRO NEGRO S.A.   )   **UNDER SEAL**
  )
  )
        Defendant.   )
  )

FILED
2007 DEC 27 AM 11:__
U.S. DISTRICT COURT
S.D. OF N.Y.

Plaintiff has moved the Court for an Order to File Under Seal pursuant to Rule 5.2(d) of the Federal Rules of Civil Procedure. Plaintiff has shown that it has good cause to make this request.

Therefore, for the reasons set forth above and in the plaintiff's memorandum of law in support of the order to file documents under seal, it is hereby ORDERED that all documents filed with this motion for an *ex parte* Order of Attachment including the Complaint and this sealing order shall be sealed until such time as the Court issues another order unsealing the case.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       December 27, 2007