UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

MOBIL CERRO NEGRO, LTD,

        Plaintiff,

v.

PDVSA CERRO NEGRO S.A.

        Defendant.

Civil Action No. 07 Civ. 11590 (DAB)

**ORDER TO UNSEAL CASE**

This Court ordered on December 27, 2007, pursuant to Plaintiff's motion that this case be sealed. Upon joint application of the parties and for good cause shown, it is hereby

ORDERED that this case is UNSEALED;

IT IS FURTHER ORDERED that all papers filed heretofore will be posted electronically on the Court's ECF system.

SO ORDERED.

*Deborah A. Batts*
Hon. Deborah A. Batts
United States District Judge

Dated: New York, New York
      January 3, 2008