UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MOBIL CERRO NEGRO, LTD., | ) ) ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| PDVSA CERRO NEGRO S.A. | ) ) ) ) |
| Defendant. | ) ) ) |

JUDGE BATTS

07 CV 11590

Civil Action No. _____

FILED 2007 DEC 27 AM 11:37 U.S. DISTRICT COURT S.D. OF N.Y.

## PLAINTIFF'S DISCLOSURE OF CORPORATE AFFILIATIONS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local Civil Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Mobil Cerro Negro, Ltd. ("Mobil CN") certifies that Mobil CN is a wholly-owned subsidiary of Mobil Cerro Negro Holding, Ltd. ("Mobil CN Holding"). Mobil CN Holding is a wholly-owned subsidiary of Venezuela Holdings B.V. Venezuela Holdings B.V. is a wholly-owned subsidiary of Mobil Corporation. Finally, Mobil Corporation is a wholly owned subsidiary of Exxon Mobil Corporation. Of these companies only Exxon Mobil Corporation is publicly traded. Therefore, no publicly held company other than Exxon Mobil Corporation owns more than 10% of Mobil CN's stock.

1

Dated: December 27, 2007
New York, New York

Respectfully submitted,

/s/ Michael C. Miller
Michael C. Miller (MM-4632)
STEPTOE & JOHNSON LLP
750 Seventh Avenue, Suite 1900
New York, New York 10019
tel: (212) 506-3900
fax: (212) 506-3950

Howard H. Stahl (*pro hac vice* application pending)
Steven K. Davidson (*pro hac vice* application pending)
Mark A. Moran (*pro hac vice* application pending)
Michael J. Baratz (*pro hac vice* application pending)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
tel: (202) 429-3000
fax: (202) 429-3902

*Counsel for Plaintiff*

**Of Counsel:**

Toni D. Hennike
Luis Marulanda del Valle
Production Company Law Department
EXXON MOBIL CORPORATION
800 Bell Street
Houston, Texas 77002
713-656-6716 (telephone)
713-656-3496 (telefax)

Charles A. Beach
Law Department
EXXON MOBIL CORPORATION
5959 Las Colinas Boulevard
Irving, Texas 75039-2298
972-444-1466 (telephone)
972-444-1435 (telefax)