UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOBIL CERRO NEGRO, LTD.,<br><br>          Plaintiff,<br><br>v.<br><br>PDVSA CERRO NEGRO S.A.<br><br>          Defendant. | Civil Action No. _____<br><br>AFFIDAVIT IN SUPPORT<br>OF MOTION TO ADMIT<br>HOWARD H. STAHL<br><u>PRO HAC VICE</u> |

MICHAEL MILLER states as follows:

1. I am a member of the Bar of this Court and of the firm of Steptoe & Johnson LLP. I make this affidavit in support of plaintiff Mobil Cerro Negro Ltd.'s motion for the admission of Howard H. Stahl, Esq. to practice *pro hac vice* as counsel for Plaintiff in the above-captioned case.

2. Mr. Stahl is a member of the firm of Steptoe & Johnson LLP, resident in our District of Columbia office. Mr. Stahl is a member in good standing of the Bar of the District of Columbia. (A certified copy of Mr. Stahl's certificate of good standing in the Bar of the District of Columbia is annexed hereto as Exhibit 1.) Mr. Stahl has advised me that he is familiar with the Federal Rules of Civil Procedure and with the Local Rules of this Court.

3. In addition, I have worked with Mr. Stahl and I can personally attest that he is competent and of good character.

4. There are no pending disciplinary proceedings against Mr. Stahl in any State or Federal Court.

5. Wherefore, I respectfully request that Howard H. Stahl, Esq., be admitted to practice *pro hac vice* as counsel for plaintiff Mobil Cerro Negro Ltd. in the above-captioned case.

6. Pursuant to 28 U.S.C.A. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed: December 27, 2007
New York, New York

Michael Miller
STEPTOE & JOHNSON LLP
750 Seventh Avenue
New York, New York 10019
(212) 506-3900

*Attorney for Plaintiff Mobil Cerro Negro, Ltd.*

# EXHIBIT 1



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

HOWARD H. STAHL

was on the 16TH day of FEBRUARY, 1973 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on December 20, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk