UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOBIL CERRO NEGRO, LTD. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> PDVSA CERRO NEGRO S.A. ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. _____ <br><br> AFFIDAVIT IN SUPPORT <br> OF MOTION TO ADMIT <br> STEVEN K. DAVIDSON <br> <u>PRO HAC VICE</u> |

MICHAEL MILLER states as follows:

1. I am a member of the Bar of this Court and of the firm of Steptoe & Johnson LLP. I make this affidavit in support of plaintiff Mobil Cerro Negro Ltd.'s motion for the admission of Steven K. Davidson, Esq. to practice *pro hac vice* as counsel for Plaintiff in the above-captioned case.

2. Mr. Davidson is a member of the firm of Steptoe & Johnson LLP, resident in our District of Columbia office. Mr. Davidson is a member in good standing of the Bars of the District of Columbia and the Commonwealth of Virginia. (A certified copy of Mr. Davidson's certificate of good standing in the Bar of the District of Columbia is annexed hereto as Exhibit 1; a certified copy of Mr. Davidson's certificate of good standing in the Bar of the Commonwealth of Virginia is annexed hereto as Exhibit 2.) Mr. Davidson has advised me that he is familiar with the Federal Rules of Civil Procedure and with the Local Rules of this Court.

3. In addition, I have worked with Mr. Davidson and I can personally attest that he is competent and of good character.

4.   There are no pending disciplinary proceedings against Mr. Davidson in any State or Federal Court.

5.   Wherefore, I respectfully request that Steven K. Davidson, Esq., be admitted to practice *pro hac vice* as counsel for plaintiff Mobil Cerro Negro Ltd. in the above-captioned case.

6.   Pursuant to 28 U.S.C.A. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed:  December 27, 2007
           New York, New York

_____
Michael Miller
STEPTOE & JOHNSON LLP
750 Seventh Avenue
New York, New York  10019
(212) 506-3900

*Attorney for Plaintiff Mobil Cerro Negro, Ltd.*

# EXHIBIT 1



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

### STEVEN K. DAVIDSON

was on the 28TH day of JANUARY, 1987 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on December 20, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
(Deputy Clerk)

# EXHIBIT 2

# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

STEVEN KEITH DAVIDSON

was admitted to practice as an attorney and counsellor at the bar of this Court on November 27, 1985.

I further certify that so far as the records of this office are concerned, STEVEN KEITH DAVIDSON is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 19th day of December
A.D. 2007

By: _____
                         Deputy Clerk