UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOBIL CERRO NEGRO, LTD. ) | Civil Action No. _____ |
| ) | |
| Plaintiff, ) | |
| ) | AFFIDAVIT IN SUPPORT |
| v. ) | OF MOTION TO ADMIT |
| ) | MARK A. MORAN |
| ) | PRO HAC VICE |
| PDVSA CERRO NEGRO S.A. ) | |
| ) | |
| Defendant. ) | |

MICHAEL MILLER states as follows:

1. I am a member of the Bar of this Court and of the firm of Steptoe & Johnson LLP. I make this affidavit in support of plaintiff Mobil Cerro Negro Ltd.'s motion for the admission of Mark A. Moran, Esq. to practice *pro hac vice* as counsel for Plaintiff in the above-captioned case.

2. Mr. Moran is a member of the firm of Steptoe & Johnson LLP, resident in our District of Columbia office. Mr. Moran is a member in good standing of the Bar of the District of Columbia. (A certified copy of Mr. Moran's certificate of good standing in the Bar of the District of Columbia is annexed hereto as Exhibit 1.) Mr. Moran is also an inactive member of the Bar of the State of Michigan. (A certified copy of Mr. Moran's standing as an inactive member of the Bar of the State of Michigan is attached hereto as Exhibit 2.) Mr. Moran has advised me that he is familiar with the Federal Rules of Civil Procedure and with the Local Rules of this Court.

3. In addition, I have worked with Mr. Moran and I can personally attest that he is competent and of good character.

4.      There are no pending disciplinary proceedings against Mr. Moran in any State or Federal Court.

5.      Wherefore, I respectfully request that Mark A. Moran, Esq., be admitted to practice *pro hac vice* as counsel for plaintiff Mobil Cerro Negro Ltd. in the above-captioned case.

6.      Pursuant to 28 U.S.C.A. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed: December 27, 2007
          New York, New York

Michael Miller
STEPTOE & JOHNSON LLP
750 Seventh Avenue
New York, New York  10019
(212) 506-3900

*Attorney for Plaintiff Mobil Cerro Negro, Ltd.*

# EXHIBIT 1

Case 1:07-cv-11590-DAB   Document 21   Filed 01/03/2008   Page 3 of 6



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

MARK A. MORAN

was on the 8TH day of JULY, 1988 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on December 20, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

# EXHIBIT 2



# State Bar of Michigan
## Certificate
### of Good Standing

This certifies that Mark A. Moran, P39704 of Washington, DC is an inactive member of the State Bar of Michigan in good standing. He was admitted to practice in Michigan on December 29, 1986 in Oakland County and became a member of the State Bar of Michigan on December 29, 1986.

Janet K. Welch
Executive Director
December 20, 2007