UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MOBIL CERRO NEGRO, LTD.,<br><br>        Plaintiff,<br><br>v.<br><br>PDVSA CERRO NEGRO S.A.<br><br>        Defendant. | Civil Action No. _____<br><br>AFFIDAVIT IN SUPPORT<br>OF MOTION TO ADMIT<br>MICHAEL J. BARATZ<br><u>PRO HAC VICE</u> |

MICHAEL MILLER states as follows:

1. I am a member of the Bar of this Court and of the firm of Steptoe & Johnson LLP. I make this affidavit in support of plaintiff Mobil Cerro Negro Ltd.'s motion for the admission of Michael J. Baratz, Esq. to practice *pro hac vice* as counsel for Plaintiff in the above-captioned case.

2. Mr. Baratz is a member of the firm of Steptoe & Johnson LLP, resident in our District of Columbia office. Mr. Baratz is a member in good standing of the Bars of the District of Columbia and the State of Maryland. (A certified copy of Mr. Baratz's certificate of good standing in the Bar of the District of Columbia is annexed hereto as Exhibit 1; a certified copy of Mr. Baratz's certificate of good standing in the Bar of the State of Maryland is annexed hereto as Exhibit 2.) Mr. Baratz has advised me that he is familiar with the Federal Rules of Civil Procedure and with the Local Rules of this Court.

3. In addition, I have worked with Mr. Baratz and I can personally attest that he is competent and of good character.

4.    There are no pending disciplinary proceedings against Mr. Baratz in any State or Federal Court.

5.    Wherefore, I respectfully request that Michael J. Baratz, Esq., be admitted to practice *pro hac vice* as counsel for plaintiff Mobil Cerro Negro Ltd. in the above-captioned case.

6.    Pursuant to 28 U.S.C.A. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed: December 27, 2007
New York, New York

---
Michael Miller
STEPTOE & JOHNSON LLP
750 Seventh Avenue
New York, New York  10019
(212) 506-3900

*Attorney for Plaintiff Mobil Cerro Negro, Ltd.*

# EXHIBIT 1



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

MICHAEL JEREMY BARATZ

was on the 11ᵀᴴ day of JULY, 2003 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on December 20, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

# EXHIBIT 2

# Court of Appeals
# of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the seventeenth day of December, 2002,

## Michael Jeremy Baratz

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

In Testimony Whereof, I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this twentieth day of December, 2007.

*Alexander L. Cummings*
Clerk of the Court of Appeals of Maryland