UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOBIL CERRO NEGRO, LTD.<br><br>Plaintiff,<br><br>v.<br><br>PDVSA CERRO NEGRO S.A.<br><br>Defendant. | Civil Action No. 07 Civ. 11590 (DAB)<br><br>**NOTICE OF MOTION TO CONFIRM ORDER OF ATTACHMENT** |

PLEASE TAKE NOTICE that upon the Declaration of Steven K. Davidson, dated January 2, 2008, and the exhibits thereto, Plaintiff Mobil Cerro Negro's ("Mobil CN") Memorandum in Support of Its Motion to Confirm Order of Attachment, and upon all the prior pleadings and proceedings herein, including the Declaration of Michael J. Baratz, dated December 26, 2007, Mobil CN, by its undersigned counsel, moves this Court for an order pursuant to Rule 64 of the Federal Rules of Civil Procedure and section 6211(b) of New York's Civil Practice Law and Rules, confirming the Order of Attachment entered by the Court on December 27, 2007, and for such other relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that opposing affidavits and answering memoranda shall be served on counsel for Plaintiff, and any reply affidavits and reply memoranda shall be served on counsel for Defendant on a schedule to be set by the Court.

PLEASE TAKE FURTHER NOTICE that a hearing, if any, before the Hon. Deborah A. Batts, U.S. District Judge, at the United States Courthouse, Courtroom 2510, 500 Pearl Street, New York, New York 10007, will be held on a date to be scheduled by the Court.

Dated: New York, New York
January 2, 2008

Respectfully submitted,

/s/ Michael C. Miller

Michael C. Miller (MM-4632)
STEPTOE & JOHNSON LLP
750 Seventh Avenue, Suite 1900
New York, New York 10019
tel: (212) 506-3900
fax: (212) 506-3950

Howard H. Stahl (admitted *pro hac vice*)
Steven K. Davidson (admitted *pro hac vice*)
Mark A. Moran (admitted *pro hac vice*)
Michael J. Baratz (admitted *pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
tel: (202) 429-3000
fax: (202) 429-3902

*Counsel for Plaintiff*

Of Counsel:

Toni D. Hennike
Luis Marulanda del Valle
Law Department
EXXON MOBIL CORPORATION
800 Bell Street
Houston, Texas 77002
713-656-3636 (telephone)
713-656-3496 (telefax)
Charles A. Beach (CB-6791)
Law Department
EXXON MOBIL CORPORATION
5959 Las Colinas Boulevard
Irving, Texas 75039-2298
972-444-1466 (telephone)
972-444-1435 (telefax)