UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MOBIL CERRO NEGRO, LTD., ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PDVSA CERRO NEGRO S.A. ) <br> ) <br> Defendant. ) | Civil Action No. 07 Civ. 11590 (DAB) <br><br> **ORDER CONFIRMING** <br> **ATTACHMENT** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan 3, 2008

Plaintiff has moved the Court to confirm the Order of Attachment, entered by this Court on December 27, 2007, pursuant to Rule 64 of the Federal Rules of Civil Procedure ("FRCP") and Articles 62 and 75 of New York's Civil Practice Law and Rules ("CPLR"). Plaintiff has shown that the grounds for attachment are met, that there is a need for continuing the levy, and that it is probable that Mobil CN will succeed on the merits.

Therefore, for these reasons, as supported by the showings made in Plaintiff's Memorandum of Law In Support of Motion to Confirm Order of Attachment, the Declaration of Steven K. Davidson, dated January 2, 2008, and the exhibits thereto, and upon all prior pleadings and proceedings herein, including the Declaration of Michael J. Baratz, dated December 26, 2007 and filed with this Court on December 27, 2007, it is hereby

ORDERED that Plaintiff's Motion to Confirm Order of Attachment is granted;

IT IS FURTHER ORDERED that the Order of Attachment issued on December 27, 2007 by this Court, which secured an amount of approximately $300,000,000 of the monies, property,

- 2 -

and/or interest in property of defendant PDVSA CERRO NEGRO S.A. ("PDVSA CN"), as are on deposit with, or held by, The Bank of New York Mellon Corporation is CONFIRMED and remains in effect until such time as this Court issues another Order releasing the levy;

IT IS FURTHER ORDERED that the Bank of New York Mellon Corporation shall pay or deliver all such levied funds monies, property, and/or interests in property of PDVSA CN to the Clerk of this Court within **5** business days for the purpose of satisfying any arbitral award that may be obtained against the defendant.

SO ORDERED.

*Deborah A. Batts*
Hon. Deborah A. Batts
United States District Judge

Dated: New York, New York
  January **2**, 2008