UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOBIL CERRO NEGRO, LTD., ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PDVSA CERRO NEGRO S.A., ) <br> ) <br> Defendant. ) | Civil Action No. 07 CV 11590 (DAB) <br><br> **DECLARATION OF** <br> **KIMBERLYN BRZOZOWSKI** |

I, Kimberlyn Brzozowski, hereby declare as follows:

1. I am an employee of Steptoe & Johnson LLP.

2. Pursuant to the Court's December 27, 2007 Order of Attachment, I was appointed Plaintiff's process server under Rule 4.1 of the Federal Rules of Civil Procedure.

3. On January 8, 2008, I served the following papers on Voula Muckalli, a Process Agent for The Bank of New York Mellon Corporation, at a New York Office which is located at 120 Broadway, New York, NY 10271:

   a. January 8, 2008 Supplemental Attachment Order

4. I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed this 8th day of January, 2008.

_____
Kimberlyn Brzozowski