UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MOBIL CERRO NEGRO, LTD.,                    :   Civil Action No. 07 Civ. 11590 (DAB)

                           Plaintiff,   :   **ORDER VACATING CONFIRMATION**
                                            **OF ATTACHMENT AND SETTING**
PDVSA CERRO NEGRO S.A.,                     :   **BRIEFING AND HEARING SCHEDULE**

                           Defendant.   :

-------------------------------------------------------------X

Pursuant to a telephone conference on January 4, 2008 among the Court and counsel for both Plaintiff and Defendant it is hereby

**ORDERED** that the Order Confirming Attachment herein dated January 2, 2008 is hereby vacated;

**IT IS FURTHER ODERED** that the *ex parte* Order of Attachment herein dated December 27, 2007 shall remain in effect pending a determination of the motion to confirm the attachment, which motion was timely made on January 2, 2008;

**IT IS FURTHER ODERED** that the Defendant's responsive papers to Plaintiff's motion to confirm the attachment shall be filed and served on counsel for Plaintiff no later than January 24, 2008;

**IT IS FURTHER ODERED** that the Plaintiff's reply to Defendant's response shall be filed and served on counsel for Plaintiff no later than February 4, 2008;

-2-

**AND IT IS FURTHER ORDERED** that a hearing on the motion to confirm the attachment shall be held in Courtroom 24B at 500 Pearl Street, New York, New York at 2:30 o'clock on February 13, 2008.

SO ORDERED.

*Deborah A. Batts*
Hon. Deborah A. Batts
United States District Judge

Dated: New York, New York
       January 8, 2008

-2-

4214966v1