UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK



MOBIL CERRO NEGRO, LTD.,

          Plaintiff,

v.

PDVSA CERRO NEGRO S.A.

          Defendant.

Civil Action No. 07 Civ. 11590 (DAB)

**ORDER OF SUPPLEMENTAL ATTACHMENT**

Previously, this Court issued an Order on December 27, 2007 securing up to $300,000,000 of monies, property, and/or interest in property of defendant PDVSA CERRO NEGRO S.A. ("PDVSA CN"), as are on deposit with, or held by, The Bank of New York Mellon Corporation ("Bank of New York"). The Bank of New York's Garnishee Statement disclosed that the bank holds funds belonging to PDVSA Cerro Negro S.A. ("PDVSA CN") in the amount of $311,412,921.78. Plaintiff has applied to this Court for a Supplemental Order of Attachment pursuant to Rule 64 of the Federal Rules of Civil Procedure and Articles 62 and 75 of the New York Civil Practice Law and Rules ("CPLR") to increase the December 27, 2007 Order of Attachment by $15,000,000.

Based on Plaintiff's original moving papers and for the grounds stated in the December 27, 2007 Order as well as Plaintiffs January 3, 2008 *ex parte* application, and for good cause shown, it is hereby

ORDERED Plaintiff's application for a supplemental order of attachment is GRANTED, on the same terms and conditions as the December 27, 2007 Order of Attachment;

FURTHER ORDERED that the amount to be secured by this Supplemental Order is an additional Fifteen Million ($15,000,000) for a total of Three Hundred Fifteen Million Dollars ($315,000,000);

FURTHER ORDERED that Plaintiff shall serve a copy of this Order and the January 3, 2008 *ex parte* application on Curtis, Mallet-Prevost, Colt & Mosle LLP, counsel for Defendant.

SO ORDERED.

_____
Hon. Deborah A. Batts    1/8/08
United States District Judge

Dated: New York, New York
　　　　January 8, 2008