## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Plaintiff's Notice of Motion to Confirm

the Supplemental Order of Attachment, the Memorandum of Law In Support of Plaintiff's

Motion to Confirm Supplemental Order of Attachment and the Proposed Order were served this

11th day of January, 2008, in the manner indicated, on the following counsel of record:

Joseph D. Pizzurro (via electronic transmission & hand delivery)
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178
tel:  (212) 696-6196
fax: (212) 697-1559
email: jpizzurro@cm-p.com

*Counsel for PDVSA Cerro Negro*

James Gadsden (via electronic transmission & hand delivery)
Aaron Cahn
Carter Ledyard & Milburn LLP
2 Wall Street
New York, New York 10005
tel: (212) 238-8607
fax: (212) 732-3232
email:  gadsden@clm.com
         cahn@clm.com

*Counsel for The Bank of New York Mellon Corporation*


Kimberlyn W. Brzozowski