Joseph D. Pizzurro (JP-0124)
Dora Straus (DS-8079)
Rachael Yocum (RY-7456)
CURTIS, MALLET-PREVOST,
  COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178
Tel: (212) 696-6000
Fax: (212) 697-1559

*Attorneys for Defendant PDVSA Cerro Negro, S.A.*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

MOBIL CERRO NEGRO, LTD.,                                      :

                        Plaintiff,    :    No. 07 Civ. 11590 (DAB)

            -against-                                        :

PDVSA CERRO NEGRO, S.A.,                                      :

                       Defendant.    :

------------------------------------------------------------------ X

## PDVSA CN'S STATEMENT OF
## CORPORATE DISCLOSURE PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for defendant PDVSA Cerro Negro, S.A. ("PDVSA CN") certifies that PDVSA CN is an indirect wholly-owned subsidiary of Petróleos de Venezuela, S.A. ("PDVSA"), which is wholly owned

1

by the government of Venezuela. No publicly held corporation owns 10% or more of the stock of either PDVSA CN or PDVSA.

Dated: January 24, 2008
      New York, New York

                                      CURTIS, MALLET-PREVOST,
                                      COLT & MOSLE LLP

                                By: _____
                                    Joseph D. Pizzurro (JP-0124)
                                    101 Park Avenue
                                    New York, NY 10178
                                    (212) 696-6101

                                    *Attorneys for Defendant*
                                    *PDVSA Cerro Negro, S.A.*