## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Plaintiff's Reply Memorandum of Law In Support of Plaintiff's Motions to Confirm Orders of Attachment and the Declarations of Steven K. Davidson and Mitchell A. Seider were served this 4th day of February, 2008, in the manner indicated, on the following counsel of record:

>Joseph D. Pizzurro (via electronic transmission & hand delivery)
>Curtis, Mallet-Prevost, Colt & Mosle LLP
>101 Park Avenue
>New York, New York  10178
>tel:  (212) 696-6196
>fax: (212) 697-1559
>email: jpizzurro@cm-p.com
>
>*Counsel for PDVSA Cerro Negro*
>
>James Gadsden (via electronic transmission & hand delivery)
>Aaron Cahn
>Carter Ledyard & Milburn LLP
>2 Wall Street
>New York, New York  10005
>tel: (212) 238-8607
>fax: (212) 732-3232
>email: gadsden@clm.com
>
>*Counsel for The Bank of New York Mellon Corporation*

_____