```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MOBIL CERRO NEGRO, LTD.,

                Plaintiff,
                                        07 Civ. 11590 (DAB)
        -against-                       ORDER

PDVSA CERRO NEGRO S.A.,


                Defendant.
------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

   The Court is in receipt of Plaintiff's extremely cautious letter of February 22, 2008. The Court agrees with the Plaintiff that the Federal Rules of Civil Procedure govern service of process in this action and there is no need to pursue service under CPLR § 6213.

        SO ORDERED.

Dated:      New York, New York
            March 3, 2008

                                    _____
                                    Deborah A. Batts
                                    United States District Judge