UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/07/12

|  |  |
|---|---|
| MOBIL CERRO NEGRO, LTD. | ) |
|  | ) |
|  | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) Civil Action No. 07-CV-11590 (DAB) |
| v. | ) |
|  | ) **JUDGMENT** |
| PDVSA CERRO NEGRO S.A. | ) |
|  | ) |
|  | ) |
| Defendant. | ) |

WHEREAS, Mobil Cerro Negro Ltd. ("Mobil CN"), PDVSA Cerro Negro S.A. ("PDVSA CN"), and Petróleos de Venezuela S.A. ("PDVSA") (collectively, the "Parties") consented to a Stipulation and Order ("Order") resolving this matter; and

WHEREAS, the Court issued the Order on June 6, 2012 directing entry of judgment in accordance with the Order;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:

a.     PDVSA CN and PDVSA shall: (i) pay into the Venezuelan Treasury or otherwise satisfy, on behalf of Mobil CN, any tax liability that may be imposed by the Venezuelan Government on Mobil CN's compensation awarded by the Tribunal and/or on Mobil CN's income from the Cerro Negro Project; and (ii) hold Mobil CN harmless from any such tax liabilities, including, but not limited to, any related penalties, interest, or fees.

Dated: June 7, 2012

Deborah A. Batts

Hon. Deborah A. Batts
United States District Judge